THOMAS N. COURSER v. VERMONT CENTRAL RAILROAD CO.

*Proceedings in laying out Highways and assessing land damages, and proceedings when land is taken for Railroads, cannot be taken to the Supreme Court on exceptions.*

The proceedings in laying out highways and assessing land damages, are assimilated to *session* proceedings, and are not according to the course of the common law; and the proceedings to assess land damages, when land is taken for a railroad, are of the same character.

The statute providing for the bringing of cases before the Supreme Court upon exceptions, extends only to cases in which the proceedings in the court below are according to the course of the common law; therefore road cases, and proceedings to assess land damages, where the land is taken for a railroad, cannot be brought up on exceptions.

THIS was an appeal from an award of damages made by railroad commissioners, in favor of the plaintiff, against the Vermont Central Railroad Company. The defendants filed a plea in bar, to which the plaintiff demurred.

The County Court, March term, 1852,—POLAND, J., presiding,—adjudged that the plea in bar is sufficient.

Exceptions by plaintiff.

The Supreme Court did not pass upon the merits of the question raised by the pleadings, but dismissed the exceptions, on the ground that the case was not properly in that court, as will fully appear from the opinion of the court.

*Heaton & Reed* for plaintiff.

*Peck & Colby* for defendants.

The opinion of the court was delivered by

BENNETT, J. The County Court dismissed the report of the railroad commissioners, assessing land damages, and this is an attempt to have that decision revised in this court, upon exceptions. It has frequently been decided in this court, that the proceedings in laying out highways and assessing the land damages, are assimilated to session proceedings, and are not according to the course of the common law. The proceedings to assess land damages, where the land is taken for a railroad, are of the same character. The statute providing for the bringing of cases before this court upon *exceptions*, extends only to cases in which the proceedings in the court below are according to the course of the common law; and it is well settled, that road cases cannot be brought up in the manner here attempted.

On the merits of the question, we express no opinion.

The case not being properly in this court, the exceptions are dismissed with costs.